**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MIKE CASTRO MARTINEZ,** | ) | |
| **BOP Reg. #17479-003,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | **CIVIL ACTION NO. 1:23-00170-JB-N** |
| **v.** | ) | |
| | ) | **CRIMINAL ACTION NO. 1:19-00033-JB-4** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated August 11, 2026 (Doc# 324[1])—made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R)—is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **MIKE CASTRO MARTINEZ**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Docs# 249, 251) is **DENIED** and **DISMISSED with prejudice**, without an evidentiary hearing or expansion of the record, and that Martinez be **DENIED** a Certificate of Appealability in relation to the dismissal of this § 2255 motion.

Final judgment in accordance with this order shall forthwith be set out by separate document under Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE and ORDERED** this 31st day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.